In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-072 CR


____________________



DERRELL MONTY POE a/k/a DARRELL POE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 88986






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant Derrell Monty Poe a/k/a Darrell Poe pled guilty
to burglary of a building. The trial court assessed punishment at two years of confinement
in a state jail facility, then suspended imposition of sentence, placed Poe on community
supervision for five years, and assessed a $1,000 fine. On May 5, 2006, the State filed a
motion to revoke Poe's community supervision. Poe pled "true" to three violations of the
terms of the community supervision order. The trial court found that Poe violated the terms
of the community supervision order, revoked Poe's community supervision, and imposed a
sentence of twenty-two months of confinement in a state jail facility. 

 Poe's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On July 12, 2007, we granted an extension of time for appellant to file a pro se brief. 
We received no response from the appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED. 

 

 __________________________________

 CHARLES KREGER

 Justice

Submitted on November 5, 2007

Opinion Delivered November 14, 2007

Do not publish


Before Gaultney, Kreger, and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.